| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Timothy T Sims |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of FLORIDA |
| Case number | 20-40308 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 0353

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 06/24/2025, 8/28/2025 | (3) | $ 900.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1         _Timothy T  Sims_                                                    Case number (*if known*) __20-40308__

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Shakyra Hopkins
Signature

Date   __12/18/2025__

Print: **Shakyra Hopkins**

Title   __Authorized Agent__

Company    __Liepold Harrison & Associates, PLLC__

Address    __370 W. Las Colinas Blvd., Suite 220__
           __Irving, TX 75039__

Contact phone   __800-349-1254__

Email: __pcninquiries@lha-law.com__

Official Form 410S2                Notice of Postpetition Mortgage Fees, Expenses, and Charges                page **2**

UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF FLORIDA

In Re:                                                Case No. 20-40308

Timothy T Sims

                                                                            Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on 12/18/2025, a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By:/s/Shakyra Hopkins

Authorized Agent for Creditor
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Debtor(s) through the Debtor(s)' Attorney of Record
Timothy T Sims
1436 Jake Drive
Tallahassee FL 32305

Debtor(s)' Counsel
Robert C. Bruner
2868 Remington Green Circle Suite B
Tallahassee, FL 32308

Trustee
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

U.S. Trustee
Office of the United States Trustee
110 E. Park Avenue Suite 128
Tallahassee, FL 32301



